**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries    ⌄

**10/06/2025**

Motion for Leave

Motion for Leave to Amend Petition; Electronic Filing Certificate of Service.
    **Filed By:** VICTOR SMITH
    **On Behalf Of:** MICHAEL W CONNERS

**10/02/2025**

**Motion Hearing Scheduled**

    Scheduled For: 10/08/2025; 9:00 AM; JOSEPH PATRICK WHYTE; City of St. Louis

**09/30/2025**

Motion Filed

Motion to Dismiss; Electronic Filing Certificate of Service.
    **Filed By:** KATHARYN B DAVIS
    **On Behalf Of:** GUNNISON PROPERTIES, LLC

Request for Notc of Hrg Filed

Notice of Hearing; Electronic Filing Certificate of Service.
    **Filed By:** KATHARYN B DAVIS
    **On Behalf Of:** GUNNISON PROPERTIES, LLC

Entry of Appearance Filed

Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** KATHARYN B DAVIS
    **On Behalf Of:** GUNNISON PROPERTIES, LLC

**09/24/2025**

**Order - Denied**

The Court finds that since Plaintiff is already out of the subject property the danger of immediate harm under Rule 92.02 does not exist as Plaintiff may proceed on a tort claim for wrongful foreclosure. Plaintiff's motion is hereby denied. SO ORDERED: JUDGE JOSEPH P. WHYTE #38194

**09/23/2025**

**Entry of Appearance Filed**

Entry of Appearance.
    **Filed By:** VICTOR SMITH
    **On Behalf Of:** MICHAEL W CONNERS

**09/22/2025**

**Corporation Served**

Document ID - 25-SMOS-3740; Served To - NEWREZ; Server - ; Served Date - 09-SEP-25; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**09/18/2025**

**Filing:**

BOND FOR STAY OF EVICTION EXECUTION
    **Filed By:** MICHAEL W CONNERS

**Motion Filed**

MOTION FOR ORDER PENDENTE LITE.
    **Filed By:** MICHAEL W CONNERS

**09/11/2025**

**Notice of Service**

25-SMCC-6074.

**Corporation Served**

Document ID - 25-SMCC-6074; Served To - GUNNISON PROPERTIES, LLC; Server - ; Served Date - 09-SEP-25; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**08/13/2025**

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF WITH 2 COPIES OF SUMMONS AND A COPY OF PETITION TO SEND TO SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT AND TO GREENVILLE COUNTY, SC SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANTS

**Summ Issd- Circ Pers Serv O/S**

Document ID: 25-SMOS-3740, for NEWREZ.

Case: 4:25-cv-00074-NCC   Doc. #: 1-2   Filed: 10/08/25   Page: 2 of 28 PageID #: 8
25SL-CC06074   DAN GUNNISON PROPERTIES, LLC

**Summons Issued-Circuit**

**CRIFS/Unredacted Document**

**08/12/2025**

**Judge Assigned**

**Ord Allow In Forma Pauperis**

**Confid Filing Info Sheet Filed**

**Petition Filed - No Fees**



TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**August 13, 2025**

**Cause Number: 2522-CC09033**

Dear MR MICHAEL CONNERS

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the
**SAINT LOUIS COUNTY, MISSOURI**
**GREENVILLE COUNTY, SOUTH CAROLINA SHERIFF'S DEPARTMENT**
or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk



# FILED AS A POOR PERSON
## Summons for Personal Service Outside the
## State of Missouri (Except Attachment Action)

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOSEPH PATRICK WHYTE | **Case Number:  2522-CC09033** |
| Plaintiff/Petitioner:<br>MICHAEL W CONNERS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL W CONNERS<br>4923 MARDEL AVE.<br>ST. LOUIS, MO  63109 |
| vs. | |
| Defendant/Respondent:<br>GUNNISON PROPERTIES, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Other Real Estate Actions | (Date File Stamp for Return) |

**The State of Missouri to:  NEWREZ**
              **Alias:  DBA SHELLPOINT MORTGAGE SERVICING**

**75 BEATTIE PLACE STE 300**
**GREENVILLE, SC  29601**                          **GREENVILLE COUNTY, SC**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**

**CITY OF ST LOUIS**

August 13, 2025
Date

_Thomas Kloeppinger_
Clerk

**Further Information:**

Case Number: 2522-CC09033

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____(title).

☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____ (date)

at _____ (time).

_____     _____
Printed Name of Officer or Server                          Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one)   ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**

Summons     $_____

Non Est     $_____

Mileage     $_____ (_____ miles @ $._____ per mile)

**Total**     **$_____**

See the following page for directions to officer making return on service of summons.

Case Number: 2522-CC09033

### Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

# FILED AS A POOR PERSON

## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI



| Judge or Division:<br>JOSEPH PATRICK WHYTE | Case Number: 2522-CC09033 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL W CONNERS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL W CONNERS<br>4923 MARDEL AVE.<br>ST. LOUIS, MO  63109 | |
| Defendant/Respondent:<br> GUNNISON PROPERTIES, LLC | Court Address:<br>CIVIL COURTS BUILDING | |
| Nature of Suit:<br>CC Other Real Estate Actions | 10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| The State of Missouri to:    GUNNISON PROPERTIES, LLC<br>                                              Alias:<br><br>**120 S CENTRAL AVE STE 1600**<br>**ST LOUIS, MO  63105** | | **ST LOUIS COUNTY SHERIFF** |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CITY OF ST LOUIS*

August 13, 2025
Date

Clerk

**Further Information:**

Case Number: 2522-CC09033

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the

defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____    _____

Printed Name of Officer or Server            Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____    _____

Date                    Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $\_\_\_\_\_10.00\_\_\_\_\_ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**RETURN** CR 9/12

## FILED AS A POOR PERSON *Abby Akers 1102A*

## Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

Electronically Filed - CITY OF ST. LOUIS - September 11, 2025 - 03:45 PM

| Judge or Division:<br>JOSEPH PATRICK WHYTE | Case Number: **2522-CC09033** | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL W CONNERS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL W CONNERS<br>4923 MARDEL AVE.<br>ST. LOUIS, MO 63109 | |
| Defendant/Respondent:<br> GUNNISON PROPERTIES, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Other Real Estate Actions | | |

| **The State of Missouri to:** **GUNNISON PROPERTIES, LLC**<br>Alias: *22 DARDM JA* | |
|---|---|
| **120 S CENTRAL AVE STE 1600**<br>**ST LOUIS, MO 63105** | **ST LOUIS COUNTY SHERIFF** |

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*CITY OF ST LOUIS*

|   August 13, 2025   |   *Thomas Kloeppinger*   |
|---|---|
| Date | Clerk |

**Further Information:**

RECEIVED 2025 SEP -8 PM 2:26 ST. LOUIS COUNTY SHERIFF'S OFFICE

25-SMCC-14721

9/8/25

Electronically Filed - CITY OF ST. LOUIS - September 11, 2025 - 03:45 PM

Case Number: 2522-CC09033

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____,

a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☒ other: _Served: Abby Akers_____

Served at _120 S. Central St Louis MO 63105_ (address)

in ____STC____ (County/City of St. Louis), MO, on _9-9-25_ (date)

at _1102A_ (time).

_Mark Darby_____         _Mark Darby_____
Printed Name of Officer or Server              Signature of Officer or Server

**Must be sworn before a notary public if not served by an *authorized officer*.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*     My commission expires: _____  _____
                                          Date                    Notary Public

**Service Fees (if applicable)**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

FILED

SEP 18 2025

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____
DEPUTY

| | |
|---|---|
| MICHAEL W CONNERS, | ) |
| Plaintiff, | ) |
| | ) Cause No. 2522-CC09033 |
| v. | ) |
| | ) DIVISION 7 |
| GUNNISON PROPERTIES ET AL, | ) |
| Defendants. | ) |

## MOTION FOR ORDER PENDENTE LITE

COMES NOW the Plaintiff, Michael W Conners, pro se, and respectfully moves this Honorable Court for an Order Pendente Lite (Latin for "pending the litigation"), and as grounds therefore states as follows:

### I. Statement of Facts and Procedural Posture

1    This is an action in **Equity** seeking an equitable determination regarding the Defendants' alleged participation in a **wrongful foreclosure** and subsequent **wrongful sale** of the property located at [*Insert Property Address Here*].

2    The core issue in this cause is the validity of the Defendants' title to the property, which is challenged by the Plaintiff's claims of wrongful foreclosure and sale.

3    Subsequent to the alleged wrongful sale, Defendant Gunnison Properties filed an action for unlawful detainer/eviction, titled **Gunnison Properties v. Michael Conners**, in Cause No. **2522-AC07848**, and was granted an Order of Eviction against the Plaintiff.

4    The execution of the Order of Eviction in Cause No. 2522-AC07848 is currently pending.

### II. Grounds for Order Pendente Lite

Plaintiff seeks this Order Pendente Lite to preserve the **status quo** pending the final determination of the issues of title and wrongful foreclosure in this action, specifically requesting relief in two essential areas:

### A. Restraint of Execution of Eviction Order

1    The execution of the eviction order in Cause No. 2522-AC07848 would cause **irreparable harm** to the Plaintiff by forcibly removing him from the very property whose ownership is in dispute in this Equity action.

2    The execution of the eviction would effectively grant the Defendant a final remedy before the merits of the underlying wrongful foreclosure claim are adjudicated, thereby

rendering the equitable claims in this lawsuit **moot**or causing a significant portion of the relief sought to be impossible to achieve (i.e., the return of the property to the Plaintiff).

3    The purpose of an equitable action challenging a foreclosure is to determine the rightful owner of the property. Allowing the current possessor (Plaintiff) to be removed before this determination is made defeats the purpose of the equitable action and is contrary to the interests of **justice**.

4    Therefore, a stay of the execution of the eviction order in Cause No. 2522-AC07848 is necessary *pendente lite* to maintain the court's jurisdiction over the subject matter and to protect the Plaintiff's equitable interest.

## B. Restraint on Transfer of Title

1    Absent an Order from this Court, the Defendants possess the ability to transfer, convey, or otherwise encumber the title to the property located at *[Insert Property Address Here]*.

2    Any transfer of title to a **bona fide purchaser for value** during the pendency of this litigation would likely extinguish the Plaintiff's equitable claims to the property, causing immediate and **irreparable injury** to the Plaintiff.

3    Should the Plaintiff prevail on his claim of wrongful foreclosure, an intervening transfer of title would necessitate a complex, costly, and potentially fruitless action against a subsequent purchaser, thereby complicating the remedies available and potentially making the Plaintiff's ultimate victory **ineffective**.

4    The prevention of a transfer of title is necessary to ensure the **property remains within the jurisdiction of the Court** and is available to satisfy the equitable remedy of reconveyance, should the Plaintiff prevail.

## III. Prayer for Relief

**WHEREFORE**, Plaintiff Michael W Conners prays this Honorable Court to enter an **Order Pendente Lite** as follows:

1    **Granting a Stay of Execution** of the Order of Eviction issued in Cause No. **2522-AC07848**, styled *Gunnison Properties v. Michael Conners*, until the final judgment is rendered in the present Cause No. 2522-CC09033.

2    **Restraining and Enjoining** the Defendants, Gunnison Properties ET AL, and all those acting in concert with them, from selling, transferring, conveying, mortgaging, encumbering, or in any way altering the title to the property located at *[Insert Property Address Here]*, until the final judgment is rendered in the present Cause No. 2522-CC09033.

3    Granting Plaintiff such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Michael Conners, Defendant

Address _4923 MARDeL AVE_
City, State, ZIP _ST, LOUIS, MO, 63109_
Phone Number _(314) 680, 0096_
Email Address _MiKesVision@gmail
,com_

**FILED**

SEP 1 8 2025

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY _____ DEPUTY

Michael Connerss
4923 Mardel Ave
St. Louis, MO 63109
September 18, 2025

Gunnison Properties LLC
120 S Central Ave Ste 1600
St. Louis, MO 63105

Newrez
75 Beattie Place Ste 300
Greenville, SC 29601

Bond for Stay of Eviction Execution
Case Number: 2522-CC09033

To Whom It May Concern,

I, Michael Conners, the tenant and defendant in the aforementioned case, respectfully request a stay of the eviction execution in accordance with [State Law or Civil Procedure Rule, if known/applicable]. I am submitting this letter in connection with the filing of a bond to stay the eviction pending further legal proceedings.

The details regarding this matter are outlined below:

Michael Conners
4923 Mardel Ave, St. Louis, MO 63109
Gunnison Properties LLC
Amount of Bond:

I understand the court has ordered the eviction in the case referenced above. However, I have filed an appeal/a motion to reconsider the judgment, or whatever legal proceeding is relevant in my case, and I seek protection from eviction while this matter is resolved.

In compliance with court requirements, I am submitting this letter as assurance of my commitment to follow due legal process and to post the specified bond, as required by the court, pursuant to the applicable laws. The bond will be filed in the amount ordered by the court or as directed by law.

I appreciate the court's understanding and assistance in this matter and respectfully request that the stay of eviction be granted promptly.

Thank you for your attention to this matter. If further information is necessary, please do not hesitate to contact me at 314-680-0096.

Sincerely,
Michael Conners



# FILED AS A POOR PERSON
## Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>JOSEPH PATRICK WHYTE | Case Number: 2522-CC09033 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL W CONNERS | Plaintiff's/Petitioner's Attorney/Address:<br>MICHAEL W CONNERS<br>4923 MARDEL AVE.<br>ST. LOUIS, MO  63109 | |
| vs. | | |
| Defendant/Respondent:<br>GUNNISON PROPERTIES, LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Other Real Estate Actions | | (Date File Stamp for Return) |

| The State of Missouri to:  NEWREZ<br>Alias:  DBA SHELLPOINT MORTGAGE SERVICING |
|---|
| 75 BEATTIE PLACE STE 300<br>GREENVILLE, SC  29601         GREENVILLE COUNTY, SC |

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**COURT SEAL OF**

_____
August 13, 2025
Date

_____
Thomas Hloggzinger
Clerk

**CITY OF ST LOUIS**

**Further Information:**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

25 SEP 22  10: 32

22ND JUDICIAL CIRCUIT CLERK FILE ST LOUIS CIRCUIT OFFICE

Case Number: 2522-CC09033

**Officer's or Server's Affidavit of Service**    *11431 A / 89, A*

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _DEPUTY WR WEST_ of _GREENVILLE_ County, _SOUTH CAROLINA_ (state).

3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to: _KATIE ROW_ (name) _SERVICE OPERATIONS_ (title).

☐ other: _____

Served at _75 BEATTIE PLACE STE 300_ (address) in _GREENVILLE_ (County), _SC_ (state), on _9/9/25_ (date) at _1015 AM_ (time).

_WR WEST_    _WR West #1902_
Printed Name of Officer or Server    Signature of Officer or Server

**Subscribed and sworn to** before me this _9_ (day) _September_ (month), _2025_ (year).

(Seal)

I am: (check one) ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☒ authorized to administer oaths. (use for court-appointed server)

_Candice K___
Signature and Title

**Service Fees**
Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $._____ per mile)
**Total**    $_____

See the following page for directions to officer making return on service of summons.

Katie Roe
service op.



Electronically Filed - CITY OF ST. LOUIS - September 23, 2025 - 11:39 AM

**IN THE  22ND JUDICIAL CIRCUIT  COURT, _____CITY OF ST LOUIS_____, MISSOURI**

Michael Conners

        Plaintiff - Acting Pro Se,

                vs.

Gunnison Properties, Llc Et Al

        Defendant.

Case Number:  2522-CC09033

## Entry of Appearance

Comes now undersigned counsel and enters his/her appearance as attorney of record for Michael W Conners, Plaintiff - Acting Pro Se, in the above-styled cause.

/s/ Victor Smith
Victor Smith
Mo Bar Number: 73427
Attorney for Plaintiff - Acting Pro Se
4387 Laclede Ave.
St. Louis, MO 63108
Phone Number: (314) 499-1085
victor@vsmithlawllc.com

### Certificate of Service

I hereby certify that on _____September 23rd, 2025_____, a copy of the foregoing was sent through the Missouri eFiling system to the registered attorneys of record and to all others by facsimile, hand delivery, electronic mail or U.S. mail postage prepaid to their last known address.

/s/ Victor Smith
Victor Smith

FILED

SEP 2 4 2025

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY
DEPUTY

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
### (CITY OF ST. LOUIS)

Conners

**VS**

Gunnison Properties LLC

CASE NO. 2522-CC09033 DIVISION  7      9.24      25

---

## ORDER/JUDGMENT/MEMORANDUM

Cause called on Plaintiff's Motion for Order Pendente Lite. Parties appear by counsel. The Court treats this as a motion for temporary restraining order. The Court finds that since Plaintiff is already out of the subject property the danger of immediate harm under Rule 92.02(a)(i) does not exist as Plaintiff may proceed on a tort claim for wrongful foreclosure. Plaintiff's Motion is hereby denied.

So Ordered.

FORM 14 (Rev 11/02)

Electronically Filed - CITY OF ST. LOUIS - September 30, 2025 - 03:44 PM

IN THE CIRCUIT COURT OF THE CITY OF ST LOUIS

STATE OF MISSOURI

| | | |
|---|---|---|
| CONNERS | ) | |
|     Plaintiff, | ) | |
| | ) | Cause # 2522-CC09033 |
| | ) | |
| v. | ) | DIV 7 |
| | ) | |
| | ) | |
| GUNNISON PROPERTIES LLC et al | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |

ENTRY OF APPEARANCE

Comes now Katharyn B Davis and enters her appearance for Defendant Gunnison Properties LLC.

KATHARYN B. DAVIS #28576*
Davis & Travaglini LLC
1420 Strassner Drive
St. Louis, MO 63144
PH: (314)962-1115

CERTIFICATE OF SERVICE

A copy of the foregoing was served on the other parties via the Court's efiling system this 30th day of September, 2025.

Electronically Filed - CITY OF ST. LOUIS - September 30, 2025 - 03:44 PM

IN THE CIRCUIT COURT OF THE CITY OF ST LOUIS

STATE OF MISSOURI

| | | |
|---|---|---|
| CONNERS | ) | |
|     Plaintiff, | ) | |
| | ) | Cause # 2522-CC09033 |
| | ) | |
| v. | ) | DIV 7 |
| | ) | |
| | ) | |
| GUNNISON PROPERTIES LLC et al | ) | |
| | ) | |
| | ) | |
|     Defendants | ) | |

NOTICE OF HEARING

Defendant Gunnison Properties LLC will call its Motion to Dismiss for hearing on October 8, 2025 at 9 am or as soon thereafter as counsel can be heard.

_____
KATHARYN B. DAVIS #28576*
Davis & Travaglini LLC
1420 Strassner Drive
St. Louis, MO 63144
PH: (314)962-1115

CERTIFICATE OF SERVICE

A copy of the foregoing was served on the other parties via the Court's efiling system this 30th day of September, 2025.

Electronically Filed - CITY OF ST. LOUIS - September 30, 2025 - 03:44 PM

IN THE CIRCUIT COURT OF THE CITY OF ST LOUIS

STATE OF MISSOURI

CONNERS                              )
      Plaintiff,                   )
                    )     Cause # 2522-CC09033
                    )
v.                                   )     DIV 7
                    )
                    )
GUNNISON PROPERTIES et al            )
                    )
                    )
      Defendants                  )

MOTION TO DISMISS

Come now Defendant Gunnison Properties LLC by and through its attorney and for its Motion to Dismiss herein state that Plaintiff has failed to state a cause of action against them and has failed to follow the Missouri Rules of Civil Procedure with respect to his Petition filed herein as follows:

1. Plaintiff Michael Conners filed his original petition herein pro se on or about August 12, 2025.

2. Plaintiff's Petition is a jumble of allegations that are difficult to decipher and follow, and he does not allege the elements of any recognizable legal action against Defendant Gunnison Properties LLC. Missouri's pleading standard requires much more. *See* Mo.R.Civ.P.55.05.

3. Missouri Supreme Court Rules of Civil Procedure state in part that a pleading that sets forth a claim for relief shall contain a short and plain statement of the facts showing that the pleader is entitled to relief. *See also Berkowski v. St. Louis County Board of Election Commissions,* 854 SW2d 819,823 (Mo. Ct. App. E.D. 1993).

4. A petition must contain allegations of fact to support each essential element of the cause pleaded. *Id.* If the petition offers only conclusions and does not contain the ultimate facts, or any allegations from which to infer those facts, a motion to dismiss is properly granted. *Id.*

5. "A pro se litigant is bound by the same rules of procedure as those admitted to practice law and is entitled to no indulgence he would not have received if represented by counsel. " *Duncan v. Dempsey,* 547 SW3d 815, 822 (Mo. Ct. App. ED 2018).

Wherefore, Defendant Gunnison Properties LLC pray the Court dismiss Plaintiff Michael Conner's cause of action as to the Bank, and for Defendant's costs incurred herein, and for such other relief as the Court may deem just and proper.

Katharyn B. Davis #28576
Davis & Travaglini LLC
1420 Strassner Drive
St. Louis, MO 63144
PH: (314)962-1115

CERTIFICATE OF SERVICE

A copy of the foregoing was served on the other parties via the Court's efiling system this 30th day of September, 2025.

Electronically Filed - CITY OF ST. LOUIS - October 06, 2025 - 01:27 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**

**STATE OF MISSOURI**

DIVISION 7

| | |
|---|---|
| MICHAEL W CONNERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Cause No. 2522-CC09033 |
| v. | ) |
| | ) |
| GUNNISON PROPERTIES ET AL, | ) |
| | ) |
|     Defendants. | ) |

# <u>MOTION FOR LEAVE TO AMEND PETITION</u>

**COMES NOW** the Plaintiff, **Michael W Conners**, by and through counsel Victor Smith, and respectfully moves this Honorable Court for leave to file an **Amended Petition** pursuant to Rule 55.33(a) of the Missouri Rules of Civil Procedure, and as grounds therefore states as follows:

## I. Procedural Background

1    The Plaintiff filed the initial Petition in this cause, seeking an equitable determination and relief from a wrongful foreclosure and subsequent wrongful sale of the Plaintiff's property.

2    Defendant Gunnison Properties (the purchaser at the foreclosure sale) has filed a **Motion to Dismiss** the Petition, arguing, *inter alia*, that the Petition fails to state a cause of action against them as a subsequent purchaser.

3    Plaintiff seeks leave to amend the Petition to clarify the allegations, correct any perceived pleading deficiencies, and ensure that the legal basis for holding Defendant Gunnison Properties liable in the wrongful foreclosure action is explicitly established.

## II. Grounds for Amendment

1    Rule 55.33(a) provides that a party may amend its pleading by leave of court, and that **"leave shall be freely given when justice so requires."** The amendment sought by the Plaintiff is necessary to fully and fairly litigate the claims related to the wrongful foreclosure and sale of the property.

2    The proposed amendment will specifically detail the **lack of bona fide purchaser status** of Defendant Gunnison Properties, thereby establishing their liability as a proper defendant in this equitable action.

Electronically Filed - CITY OF ST. LOUIS - October 06, 2025 - 01:27 PM

3    The Amended Petition will plead facts demonstrating that Defendant Gunnison Properties had **notice** of the improper procedure executed by the mortgagor prior to or at the time of the foreclosure sale, including:

- ◦    **Constructive Notice:** The flaws, errors, or irregularities related to the mortgagor's improper foreclosure process were filed in the public records contemporaneously with the foreclosure deed. All purchasers were given an opportunity to research and were required to take notice of these recorded flaws.

- ◦    **Actual/Inquiry Notice:** Information was conveyed to the Defendant prior to the purchase that was sufficient to prompt a reasonable inquiry into the mortgagor's procedure, which inquiry would have revealed the flaws in the process.

4    The proposed amendments are based on facts available at the time of the original filing, do not introduce a new theory of liability but rather strengthen the existing theory, and will not cause undue delay or prejudice to the Defendants. The interests of justice strongly favor allowing the Plaintiff to fully and clearly state their claims against all necessary parties.

## III. Prayer for Relief

**WHEREFORE**, Plaintiff Michael W Conners prays this Honorable Court to enter an Order:

1    **Granting** the Plaintiff leave to file the attached Proposed Amended Petition.

2    **Deeming** the Defendant Gunnison Properties' Motion to Dismiss the original Petition moot upon the filing of the Amended Petition.

3    Granting Plaintiff such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Victor Smith, #73427
Attorney for the Plaintiff
4387 Laclede Ave.
St. Louis, Missouri 63108
Phone: (314) 499-1085

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion for Leave to Amend Petition was served upon all counsel of record on this 6th day of October, 2025 by
 _X_ *electronic filing* _____*email.*

_____
/s/ Victor Smith
Victor Smith